# Exhibit C

MURPHY MEDICAL ASSOCIATES

GREENWICH OFFICE

Patient Registration Form | Today's Date | MM | DD | YYYY

## Patient Information *

| Last Name: | First Name: | M.I: |

Date of Birth _____/_____/_____   Sex: ❏ Female   ❏ Male   Marital Status:   SS#

| Mailing Address: | Apt # | City/State/Zip |
| Home Phone: | Cell Phone: | Work Phone: |
| e-mail address: | Preffered Pharmacy: | |

Preferred Method of Contact for Reminder Calls and Other Electronically Generated Messages: (Please Select Only One Option)   Voice ☐   Text ☐

If Voice, Please Select Preferred Number: ❏Home   ❏Cell   ❏Work   Family Physician or Pediatrician:

Emergency Contact Name & Phone #:   Relationship to Patient:

Employer Name & Address:   Employer Phone #:

**Responsible Party- If the patient is a minor (under the age of 18), the parent or guardian bringing the patient in will be listed as the guarantor**

| Last Name: | First Name: | Date of Birth _____/_____/_____ |
| SS#: | Phone: | Relationship to Patient: |
| Address of Person Responsible: | | City/State/Zip |

## Additional Information *

Can we leave a message regarding medical care, test results and billing?   ☐ YES   ☐ NO

| Race (please select one):<br>□ White<br>□ American Indian or Alaska Native<br>□ Asian<br>□ Hispanic<br>□ Black or African American<br>□ Native Hawaiian or Pacific Islander<br>□ Other □ Decline | Preferred Language (please select one):<br>□ English<br>□ Bosnian<br>□ Sign Language<br>□ Spanish<br>□ Indian (including Hindi & Tamil)<br>□ Russian<br>□ Other | Ethnicity (please select one):<br>□ Hispanic or Latino<br>□ Not Hispanic or Latino<br>□ Decline |

| **Primary Medical Insurance *** | **Secondary Medical Insurance** |
|---|---|
| Ins. Co. Name | Ins. Co. Name |
| Insurance ID number: | Insurance ID number: |
| Policy Holder's Date of Birth: | Policy Holder's Date of Birth: |
| Policy Holder's Social Security #: | Policy Holder's Social Security #: |
| Patient Relationship to Policy Holder: | Patient Relationship to Policy Holder: |

**CONTINUE NEXT PAGE …**

Version 00003 - 2019 June



MURPHY MEDICAL ASSOCIATES

GREENWICH OFFICE

**HIPPA Authorizations** *

I here authorize medical and billing information to be shared with **(name)** _____

**(ph #)** _____   **(relationship)** _____

I certify that I have read and agree to DMSOG/NSMA payment policy. I am eligible for the insurance indicated on this form and I understand that payment is my responsibility regardless of insurance coverage. I hereby assign to DMSOG/NSMA all money to which I am entitled for medical expenses related to the services performed from time to time by DMSOG/NSMA, but not to exceed my indebtedness to DMSOG/NSMA. I authorize DMSOG/NSMA to release any medical information to my insurance carrier or third party payer to facilitate processing my insurance claims. I understand that failure to pay outstanding balances within 90 days of notification of the amount due will result in further collection attempts. A returned check fee will be charged for checks returned due to insufficient funds. I choose to receive communications from DMSOG/NSMA by text or e-mail at the number or address stated above, including but not limited to communications about appointments, treatment, and payment. I understand that such e-mails and texts may not be secure and there is a risk that they may be read by a third party.

MEDICARE BENEFICIARIES: I request that payment of authorized Medicare benefits be made to DMSOG/NSMA. I authorize any holder of medical information about me to release to CMS and its agents any information needed to determine these benefits or the benefits payable for related services.

**CONSENT TO OBTAIN EXTERNAL PRESCRIPTION HISTORY/E-PRESCRIBING CONSENT FORM**

ePrescribing is defined as a physician's ability to electronically send an understandable prescription directly to a pharmacy from the point of care.  Congress has determined that the ability to electronically send prescriptions is an important element in improving the quality of patient care.   ePrescribing greatly reduces medication errors and enhances patient safety.
By authorizing MMA Murphy Medical Associates., PC and its Affiliated Providers, you allow us to view your external prescription history via the RxHub service.  This will provide the physician with information about medications the patient is already taking to minimize the number of adverse drug events.
I understand that prescription history from multiple other unaffiliated medical providers, insurance companies, and pharmacy benefit managers may be viewable by my provider and staff here, and it may include prescriptions back in time for several years.
By signing this consent form you are agreeing that MMA Murphy Medical Associates., PC and its Affiliated Providers can request and use your prescription medication history from other healthcare providers and/or third party pharmacy benefit payers for treatment purposes. My signature certifies that I read and understood the scope of my consent and that I authorize the access.

Patient's Signature or Responsible Party: _____     Date: _____

**Version 00003 - 2019 June**

By signing below and registering for a Covid-19 test and/or a Covid-19 antibody test with Murphy Medical Associates, I consent to the disclosure of my test results to public health authorities as requested, recommended and/or required by federal and state law.

I understand that this Consent to Treat will be valid for each visit I make to Murphy Medical Associates until revoked by me in writing.

I hereby assign, transfer and set over to DMSOG/MMA sufficient monies and/or benefits to which I may be entitled from governmental agencies, insurance carriers, or others who are financially liable for my medical care to cover the costs of such care and treatment rendered to myself or my dependent(s) by DMSOG/MMA. I further assign to DMSOG/MMA my right to commence a lawsuit under the Employee Retirement Income Security Act of 1974 ("ERISA") or other applicable state or federal law to recover such monies and/or benefits to which I may be entitled and which I assign herein, and to pursue any other remedies, whether legal or equitable in nature, that are available under ERISA or other applicable state or federal law. This assignment includes, but is not limited to, the right to seek the equitable reformation of my health plan so that it complies with controlling provisions of federal or state law.

I further assign to DMSOG/MMA my right to commence a lawsuit under the Employee Retirement Income Security Act of 1974 ("ERISA") or other applicable federal or state law to recover such monies and/or benefits to which I may be entitled and which I assign herein, and to pursue any other remedies, whether legal or equitable in nature, that are available under ERISA or other applicable federal or state law. This assignment includes, but is not limited to, the right to seek the equitable reformation of my health plan so that it complies with controlling provisions of federal or state law.



## Patient Financial Responsibility Statement

Thank you for choosing DMSOG/MMA as your healthcare provider. The medical services you seek imply an obligation on your part to ensure payment in full is made for services received. This Patient Financial Responsibility Statement will assist you in understanding that financial responsibility. Feel free to ask if you have any questions. If someone else (parent, spouse, domestic partner, etc.) is financially responsible for your expenses or carries your insurance, please share this Statement with them, as it explains our practices regarding insurance billing, co-payments, and patient billing. By your acknowledgment of this Statement and/or by receipt of medical services from DMSOG/MMA, you agree:

1. You acknowledge and agree to all FINANCIAL POLICIES of DMSOG/MMA. Questions about these policies may be addressed to the Billing department. These policies may be changed from time to time by DMSOG/MMA, without notice.

2. You are ultimately responsible for all payment obligations arising out of your treatment or care and guarantee payment for these services. You are responsible for deductibles, co-payments, coinsurance amounts or any other patient responsibility indicated by your insurance carrier or our FINANCIAL POLICIES, which are not otherwise covered by supplemental insurance.

3. You are responsible for knowing your insurance policy. For example, you will be responsible for any charges if any of the following apply: (i) your health plan requires prior authorization or referral by a primary care physician (PCP) before receiving services at DMSOG/MMA, and you have not obtained such an authorization or referral; (ii) you receive services in excess of such authorization or referral; (iii) your health plan determines that the services you received at DMSOG/MMA are not medically necessary and/or not covered by your insurance plan; (iv) your health plan coverage has lapsed or expired at the time you receive services at DMSOG/MMA; or (v) you have chosen not to use your health plan coverage. If you are not familiar with your plan coverage, we recommend you contact your carrier or plan provider directly.

4. You will be required to follow all registration procedures, which may include updating or verifying personal information, presenting verification of current insurance, and paying any co-pays or other patient responsibility amount at each visit. Your card or other insurance verification must be on file for your insurance to be billed. If we do not have your card on file, or are unable to verify your eligibility for benefits, you will be considered a self-pay patient. As a self-pay patient, our fee is expected to be paid in full at the time of service. If the insurance card or other necessary information is furnished after the visit, we may file a claim with your insurance; and, if paid in full by your insurance, you will be reimbursed. If you are not prepared to make your co-pay or other patient responsibility amount, your visit may be rescheduled by DMSOG/MMA.

5. We may verify your insurance benefits or submit your claim to your insurance carrier as a courtesy to you. You agree to facilitate payment of claims by contacting your insurance carrier when necessary. Without waiving any obligation to pay, you assign to DMSOG/MMA, for application onto your bill for services, all of your rights and claims for the medical benefits to which you, or your dependents are entitled, under any federal or state healthcare plan (including, but not limited to, Medicare or Medicaid), insurance policy, any managed care arrangement or other similar third-party payer arrangement that covers health care costs and for which payment may be available to cover the cost of the services provided to you. You authorize DMSOG/MMA and associated physicians, staff, and hospitals to release patient information acquired in the course of your examination and/or treatment including but not limited to any and all medical records, notes, test results, x-ray reports, MRI reports or other documents related to your treatment (including itemization of any charges and payments on my account) that is deemed necessary to process this claim to the necessary insurance companies, third party payers, and/or other physicians or health care entities as they require to participate in your care. It is important to notify us as soon as possible of any changes related to your insurance coverage. Failing to do so may result in unpaid claims, and you will be responsible for the balance of the claim. DMSOG/MMA does not accept responsibility for incorrect information given by you or your insurance carrier regarding your insurance benefits or benefit plans.

6. If your insurance carrier does not remit timely payment on your claim, you will be responsible for payment of the charges within the terms set forth herein. Once your insurance carrier processes your claim, we will bill you for any remaining patient responsibility deemed by your insurance carrier. If any payment is made directly to you for services billed by us, you agree to promptly submit same to DMSOG/MMA until your patient account is paid in full. If you make a payment that results in a surplus on your account, you authorize DMSOG/MMA to apply the overpayment to any other account for which you are financially responsible, including your account, a member of your family's or dependent's account, or on any account for which you are a financially responsible party, and any remaining balance will be returned to the payer.

7. You will be mailed a billing statement that contains the total cost of your service(s) or procedure(s) received during your visit(s). You may generally expect this billing statement within twenty (20) days after your insurance company has responded to a submitted claim. You must notify us of any errors or objections to the billing statement within thirty (30) days or they will be deemed accurate, and the fees and expenses shall be deemed reasonable and necessary for the services

incurred. If there is a problem with your account, It is your responsibility to contact the billing staff to address the problem or to discuss a workable solution.

8. Whether or not you have insurance or are self-pay, payment of any account balance is due within thirty (30) days of receipt of your billing statement. If you need to make special arrangements for payment, you may contact our office to determine if you are eligible for a mutually agreeable alternative payment plan. Partial payments may be accepted and applied, without waiver, at the discretion of DMSOG/MMA. Acceptance of any partial payment shall not extend any time period, cure any default, or be deemed to satisfy any remaining balance due. If any balance on your account is over thirty (30) days past due, your account will be in default and may be referred to a collection agency.

9. We accept payment by check, cash, money order, debit cards or credit cards (Visa, MasterCard or Discover).
    a. **Payment by Check.** If payment is made by check and it is returned or declined for any reason, your account will be charged a surcharge of $20.00 or up to the applicable state maximum legal limits, whichever is lower, in addition to any costs assessed or charged by any depository institution. When you pay by check you also authorize DMSOG/MMA, if your check is dishonored or returned for any reason, to electronically debit your account for the amount of the check plus a processing fee of up to the state maximum legal limits (plus any applicable sales tax). PLEASE NOTE: The above language authorizes an electronic debit to your account for the amount of the check plus the state-allowed recovery fee. In accordance with the rules of the National Automated Clearing House Association, this authorization is to remain in effect until DMSOG/MMA has received written notice of termination in such time and in such manner to afford us a reasonable opportunity to act on it. This does not, however, mean that DMOSG/MMA cannot collect a returned check fee by other methods.

10. **Managed Care (HMO, PPO, etc.).** All managed care co-payment amounts are due at the time of service. If your insurance plan requires a referral authorization from a primary care physician, you are responsible for presenting this at your initial visit. If you request an office visit without a referral authorization, your insurance plan may deem this as "out of network" or "non-covered" treatment, and you will be responsible for a larger amount or all of the charges. You acknowledge that it is your responsibility to be aware of what services are covered and you agree to pay for any service deemed to be non-covered or not authorized by the plan.

11. **Medicare.** DMSOG/MMA is a participating provider with the Medicare program and accepts as payment the Medicare allowable, patient deductible and/or 20% co-insurance. Medicare or secondary carriers do not cover some procedures and supplies. Please make certain you understand which aspects of your treatment are covered before proceeding. You understand that you will be responsible for your annual deductible, the co-payment, and any non-covered services specified by Medicare. We may submit a claim to any supplemental plan as a courtesy to you, so long as you provide all necessary policy information.

12. **Medicaid.** If you are a Medicaid patient, you must present a valid eligibility card at the time of registration and prior to the time of service. Your eligibility status will be verified monthly. Without verification of coverage, you will be responsible for the entire balance of your account. As a courtesy to you, your account will be billed to Medicaid when we receive all necessary information. You are responsible for non-covered portions and spend down requirements associated with your individual coverage. If at any time you are not eligible for Medicaid coverage and wish to be seen, you will be treated as a self-pay patient and must make payment at the time of service.

13. **Workers' Compensation Cases.** We do not provide workers' compensation services.

14. **Third-Party Liability Injuries.** If you receive treatment as a result of a third-party liability injury (for example: motor vehicle accidents, premises liability, or other general liability claims against third parties), the balance for services rendered is considered due in full at the time of the service. Because DMSOG/MMA does not protect charges incurred relating to or arising out of third party liability, we will not accept a delay in payment due to settlement disputes and/or litigation. We will not accept a letter of protection from an attorney as a guarantee of payment or assignment of third party insurance payments. DMSOG/MMA cannot act as administrator to resolve financial arrangements. We may agree to bill a third party insurance company of an at-fault party involved in an accident as a courtesy to you. To bill your claim directly, you must provide us all necessary information to confirm coverage for these payments with the auto/third-party carrier. We will also collect information about your personal medical insurance in case the auto/third-party carrier denies your claim. Regardless of whether we submit your claim to third-party insurance, as the patient, you are ultimately responsible for payment.

15. **Ancillary Services.** You may receive ancillary medical services while a patient of DMSOG/MMA. By signing below, you understand that some physicians may not provide services in your presence, but are actively involved in the course of diagnosis and treatment. You authorize payment directly for these services under the policy(s) or plan(s) issued to you by your insurance carrier. You may incur additional charges as a result of these ancillary services. You agree to pay all charges due with respect to such services after benefits paid on your behalf by any third-party are credited to your account.

16. **Additional Charges.** Patients may incur and are responsible for the payment of additional charges at the discretion of DMSOG/MMA including but not limited to: (i) charges for returned checks; (ii) charges for extensive phone consultations and/or after-hours phone calls requiring treatment, or prescriptions; (iii) charges for copying and distribution of patient medical records; (iv) charges for extensive forms preparation or completion; or (v) any costs associated with collection of patient balances, all as allowed by law.

17. **Non-Payment on Account.** Should collection proceedings or other legal action become necessary to collect an overdue or delinquent account, you understand that DMSOG/MMA has the right to disclose to an outside collection agency or attorney all relevant personal and account information necessary to collect payment for services rendered. You are responsible for all costs of collection including, but not limited to: (i) late fees and charges and interest due as a result of such delinquency; (ii) all court costs and fees (but only to the extent allowed by law); and
(iii) a collection fee to be charged under separate agreement with a third-party collections agency, either as a flat fee or computed as a percentage of the total balance due up to the maximum allowed by applicable law, and to be added to the outstanding balance due and owing at the time of the referral to the third party collection agency. You acknowledge that any such interest assessed on the account will be a late fee as a result of default or delinquency on your account, and is not deemed interest as part of a credit transaction. If your account is referred to a collection agency, attorney, court, or the past due status is reported to a credit reporting agency, it may have an adverse effect on your credit history; and related portions of your account, including the fact that you received treatment at our offices, may become a matter of public record. Failure to comply with any of these policies may also result in a Credit Withdrawal of Care.

18. **Minor Patients.** The parent/guardian of a minor is responsible for payment of the minor's account balance. A minor who is not accompanied by a parent/guardian will be denied any nonemergency treatment unless charges for the treatment have been pre-authorized. Responsibility for payment of treatment of minor children, whose parents are divorced, rests with both parents. Any court-ordered responsibility judgment must be determined between the individuals involved, without the inclusion of DMOSG/MMA.

19. **Authorization to Contact.** You authorize DMSOG/MMA personnel to communicate by mail, answering machine messages, and/or e-mail according to the information provided in your patient registration information. DMSOG/MMA, or any agent or servicer of your patient account, may use any information you have provided, including contact information, e-mail addresses, cell phone numbers, and landline numbers, to contact you for purposes related to your account, including debt collection. You authorize DMSOG/MMA to use this information in any manner consistent with the information you have provided, including mail, telephone calls, e-mails, or text messages. You expressly consent to any such contact being made by the most efficient technology available, including automatic dialing/e-mailing or similar equipment, or pre-recorded or other messages, even if you are charged for the contact.

20. **Financially Responsible Party.** If this or a separate DMSOG/MMA Financial Responsibility Statement is signed by another person, on your account, then that co-signature remains in effect until canceled in writing. Cancellation in writing shall become effective the date after receipt, and shall apply only to those services and charges thereafter incurred. By signing as a financially responsible party, you hereby guarantee the full and prompt payment to DMSOG/MMA of all indebtedness of patient to DMSOG/MMA, whether now existing or hereafter created; and you further agree to pay all expenses, legal or otherwise, incurred by DMSOG/MMA in collecting the Indebtedness, in enforcing this guaranty, or in protecting its rights under this guaranty or under any other document evidencing or securing any of the Indebtedness. This guaranty shall be a continuing, absolute and unconditional guaranty, and shall remain in force and effect until any and all said Indebtedness shall be fully paid. There shall be no obligation on the part of DMSOG/MMA at any time to first exhaust its remedies against Patient, any other party, or any other rights before enforcing the obligations of the financially responsible

21. No Show Policy: DMSOG/MMA reserves the right to apply a no show charge of $75.00 if the patient misses 3 consecutive appointments with no proper notice.

_____        _____
Patient or Authorized person's signature                             Date