## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MURPHY MEDICAL ASSOCIATES, LLC,
DIAGNOSTIC AND MEDICAL SPECIALISTS OF GREENWICH, LLC,
STEVEN A.R. MURPHY,
    Plaintiffs,

v.                                                    Civil No. 3:22-CV-00033(KAD)

YALE UNIVERSITY, YALE HEALTH PLAN,
    Defendants.

## JUDGMENT

This matter came on for consideration of the Defendants' Motion for Dismiss [Doc. #46] before the Honorable Kari A. Dooley, United States District Judge. The Court has considered the full record of the case including applicable principles of law. On March 7, 2024, the Court issued a ruling granting the motion. Accordingly, judgment shall enter in favor of the Defendants. It is therefore;

ORDERED, ADJUDGED and DECREED that judgment is hereby entered in favor of the Defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 11th day of March 2024.

                                                    DINAH MILTON KINNEY, Clerk

                                                    By: /s/ Kristen Gould
                                                    Kristen Gould
                                                    Deputy Clerk

EOD: 3/11/2024