**MANDATE**

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of November, two thousand twenty-four.

Before:   Amalya L. Kearse,
          Richard J. Sullivan,
          Beth Robinson,
              *Circuit Judges*.

_____

| | |
|---|---|
| Murphy Medical Associates, LLC, Diagnostic and Medical Specialists of Greenwich, LLC, Steven A.R. Murphy, M.D., | **JUDGMENT** <br><br> Docket No. 24-944 |
| Plaintiffs - Appellants, | |
| v. | |
| Yale University, Yale Health Plan, | |
| Defendants - Appellees. | |

_____

The appeal in the above captioned case from a judgment of the United States District Court for the District of Connecticut was submitted on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 11/25/2024**